United States District Court
Southern District of Texas
**ENTERED**
August 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARJIT SINGH, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00612 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

Based on the parties' Joint Status Report stating that the petitioner has been released on bond and that this case may be closed, it is hereby **ORDERED** that this case is **DISMISSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED this   13   day of August 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE